UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SCOTT ANDREW BRINSFIELD | ) | CASE NUMBER: 17-01360-JJG-7 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |

**AGREED ENTRY ON MOTION FOR RELIEF FROM STAY AND FOR ABANDONMENT OF REAL ESTATE**

COMES NOW the Chapter 7 Trustee, Gregory K. Silver, and U.S. Bank National Association (hereinafter referred to as "U.S. Bank National Association"), Creditor, in the above-captioned Chapter 7 case and stipulate to the following:

1. The Debtor became delinquent on their mortgage payments to U.S. Bank National Association and U.S. Bank National Association filed a Motion for Relief from Stay and for Abandonment of Real Estate on the real estate located at 4029 Viewside Dr, Indianapolis, IN 46221 on March 20, 2017.

3. On March 20, 2017, the Trustee filed an Objection to the Motion for Relief from Stay.

4. On April 6, 2017, the Trustee filed a Report of Possible Assets and Notice of Abandonment. The real estate located at 4029 Viewside Dr., Indianapolis, IN 46221 was listed as a possible asset of the bankruptcy estate.

5. On April 18, 2017, the Trustee filed an Application to Employ Bk Global Real Estate Services as Co-Real Estate Broker to sell the property located at 4029 Viewside Dr., Indianapolis, IN 46221.

6.      U.S. Bank National Association and the Chapter 7 Trustee agree that the Trustee shall have ninety (90) days from the date the agreed entry is approved to complete the sale of the property located at 4029 Viewside Dr., Indianapolis, IN 46221.  If the property is not sold and closing held within ninety (90) days from the date the agreed entry is approved, the Trustee will withdraw his objection to U.S. Bank's Motion for Relief from Stay and to Abandon Real Estate and the Trustee will agree to the abandonment of the property and stay termination.

EXAMINED AND APPROVED BY:

/s/ Gregory K. Silver
Gregory K. Silver, Trustee


EXAMINED AND APPROVED BY:

DOYLE & FOUTTY, P.C.


/s/ Stacy J. DeLee
Attorneys for U.S. Bank National Association

Distribution:

DOYLE & FOUTTY, P.C.
41 E Washington Street
Suite 400
Indianapolis, IN 46204

Scott Andrew Brinsfield
3914 Mann Village St
Apt 34
Indianapolis, IN 46221

Chad William Garrapy
Geraci Law Office
55 E. Monroe Suite 3400
Chicago, IL 60603
inn@geracilaw.com

Gregory K. Silver
334 North Senate Avenue
Indianapolis, IN 46204

U.S. Trustee
101 W. Ohio Street
Ste. 1000
Indianapolis, IN 46204